IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL RAY GREEN, ADC #82316 | PLAINTIFF |
| v. CASE NO. 4:21CV00345-LPR-JTK | |
| JARED BUYERS, et al. | DEFENDANTS |

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely response received thereto, as well as a *de novo* review of the record, the Court adopts the proposed findings and recommendations in their entirety.[1]

IT IS, THEREFORE, ORDERED that Defendants Ashley King, Dr. White, and Billy Straughn are DISMISSED, for failure to state a claim.

IT IS SO ORDERED this 28th day of June, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court can't find any reference to any allegations against White and Straughn anywhere in the case. The Court did see an allegation about King not processing grievances in the original complaint. That allegation is not in the Amendment. In any event, it doesn't state a viable 1983 claim.

1