IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL GREEN,     PLAINTIFF
ADC #082316

4:21CV00345-LPR-JTK

JARED BYERS, et al.     DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a careful and *de novo* review of the proposed findings and recommendations, the timely objections received thereto[1], and the entire record, the Court adopts the proposed findings and recommendations in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Preliminary Injunctive Relief (Doc. No. 10) is DENIED.

IT IS SO ORDERED this 4th day of November, 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court will treat Doc. 33 as a timely objection.

1