IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL RAY GREEN,**                                                                                          **PLAINTIFF**
ADC #082316

v.                             Case No. 4:21CV00345-LPR-JTK

**JARED BYERS,** *et al.*                                                                                       **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition (PFRD) submitted by United States Magistrate Judge Jerome T. Kearney.  No objections have been filed and the time to do so has expired.  After a careful and *de novo* review of the PFRD and the record, the Court concludes that the PFRD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1.     Defendants' Motion for Summary Judgment (Doc. No. 39) is GRANTED.

2.     Plaintiff's claims against Defendants Byers, Harris, and Jacks are DISMISSED without prejudice for failure to exhaust administrative remedies.

3.     Plaintiff's Complaint, as amended (Doc. No. 9) is DISMISSED without prejudice.

DATED this 29th day of April, 2022.

                                                  LEE P. RUDOFSKY
                                                  UNITED STATES DISTRICT JUDGE